

# Service of Process Transmittal

11/04/2021
CT Log Number 540539049

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: COOK CAROL J. // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summonses, Attachment(s), Complaint |
| **COURT/AGENCY:** | Madison County Circuit Court, IL<br>Case # 2021L001272 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/27/2019, in Wood River, Madison County, Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/04/2021 at 03:34 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the date of service |
| **ATTORNEY(S) / SENDER(S):** | Edward W. Unsell<br>The Unsell Law Firm, P.C.<br>69 S. 9th Street<br>East Alton, IL 62024 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/05/2021, Expected Purge Date: 11/10/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Nov 4, 2021

**Server Name:** Sheriff Drop

| Entity Served | Walmart, Inc. |
|---|---|
| Case Number | 2021L001272 |
| Jurisdiction | IL |



**FOREIGN**

STATE OF ILLINOIS

COUNTY OF __Madison__

IN THE CIRCUIT COURT OF THE __Third__ JUDICIAL DISTRICT

| | |
|---|---|
| __Carol J. Cook__ ) | 2021L 001272 |
| Plaintiff, ) | Case Number: __21-L-___ |
| v. ) | |
| ) | Amount of money claimed: $_____ |
| __Walmart, Inc.__ ) | |
| Defendant. ) | |
| ) | |

### SUMMONS -- 30 days

To each Defendant: Walmart, Inc. c/o CT Corporation System, 208 So. LaSalle Street, Suite 814, Chicago, IL 60604

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date below.

WITNESS, Circuit Clerk of the __Third__ Judicial Circuit, and the seal thereof,

in the City of __Edwardsville__, in __Madison__ County,

Date: __10/21/2021__, 20 ___.

Signed /s/ Thomas McRae   /s/ Stacey Turner
__Clerk of the Circuit Court__, Clerk of the _____ Judicial Circuit

Prepared by:

Edward W. Unsell #3124228

The Unsell Law Firm, P.C.

69 South 9th Street

East Alton, IL 62024
618-259-3728
office@unselllaw.com

*E-filing is now mandatory for documents in civil cases with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinois courts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

SUMMONS - ORIGINAL

CIRCUIT CLERK'S COPY

## SHERIFF'S FEES

Service and return . . . . . . . . . . . . $_____
Miles _____  _____
TOTAL. . . . . . . . . . . . . . . . . . . . . . . . . .$_____

_____

Sheriff of _____County

I certify that I served this summons on defendant(s) as follows:

(a) - Individual defendants-personal:

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

(b) - Individual defendants-abode:

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents the summons, and also be sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of Mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - Corporation defendants:

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - Other service:

_____, Sheriff of _____County



**FOREIGN**

STATE OF ILLINOIS

COUNTY OF __Madison__

IN THE CIRCUIT COURT OF THE __Third__ JUDICIAL DISTRICT

__Carol J. Cook__  )  2021L 001272
   Plaintiff,       )  Case Number: __21-L-___
v.                  )
                    )  Amount of money claimed: $_____
__Walmart, Inc.__   )
   Defendant.       )
                    )
                    )

## SUMMONS -- 30 days

To each Defendant: Walmart, Inc. c/o CT Corporation System, 208 So. LaSalle Street, Suite 814, Chicago, IL 60604

You are summoned and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the Officer:**

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date below.

WITNESS, Circuit Clerk of the __Third__ Judicial Circuit, and the seal thereof, in the City of __Edwardsville__, in __Madison__ County, Illinois.



Date: 10/21/2021 , 20 ___.

Signed /s/ Thomas McRae    /s/ Stacey Turner
**Clerk of the Circuit Court**, Clerk of the _____ Judicial Circuit

*E-filing is now mandatory for documents in civil cases with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinois courts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Prepared by:

Edward W. Unsell #3124228

The Unsell Law Firm, P.C.

69 South 9th Street

East Alton, IL 62024
618-259-3728
office@unselllaw.com

SUMMONS - ORIGINAL

CIRCUIT CLERK'S COPY

American LegalNet, Inc.
www.USCourtForms.com

## SHERIFF'S FEES

Service and return . . . . . . . . . . . . $_____
Miles _____
TOTAL. . . . . . . . . . . . . . . . . . . . . . . . . $_____

_____
Sheriff of _____ County

I certify that I served this summons on defendant(s) as follows:

(a) - Individual defendants-personal:

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

(b) - Individual defendants-abode:

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with 2 person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents the summons, and also be sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of Mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

© - Corporation defendants:

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - Other service:

_____, Sheriff of _____ County



DIE DATE
11/19/2021

DOC.TYPE: LAW
CASE NUMBER: 2021L01272
**DEFENDANT**
WALMART INC
208 S LASALLE ST
CHICAGO, IL 60604
814 -

SERVICE INF
CT CORPOR

ATTACHED

***EFILED***
Case Number 2021L 001272
Date: 10/21/2021 11:31 AM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| CAROL J. COOK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 21-L- 2021L 001272 ) |
| WALMART, INC., | ) ) |
| Defendant. | ) ) |

## COMPLAINT

NOW COMES, Plaintiff, CAROL J. COOK, by and through her attorney, Edward W. Unsell of The Unsell Law Firm, P.C. and complaining against Defendant, WALMART INC. d/b/a Walmart Supercenter of Wood River and states as follows:

### FACTS COMMON TO ALL COUNTS

1. At all times material to this case, Plaintiff resided in Madison County, Illinois.

2. The Defendant, WALMART, INC (hereinafter " WALMART"), conducts business in the state of Illinois and owns real estate located in Madison County, Illinois.

3. Defendant, in conducting its business, invites members of the public onto its premises for the purpose of purchasing goods and services therein.

4. On or about November 27, 2019, Plaintiff was one such member of the general public entering upon the premises of Defendant.

5. At all times material to this case, Defendant, WALMART, made a conscious

decision to remain open to the general public during hours in which it would restock and resupply its shelves.

6. At all times material to this case, Defendant, WALMART, made a conscious decision to allow its staff engaged in the resupply and restocking to use equipment which has the potential to cause great bodily harm to the general public.

7. Based upon information and belief, at all times material to this case, Defendant, WALMART, was aware of other similar incidents where members of the general public became injured by its stocking and resupply equipment.

8. Despites the aforementioned knowledge and aforementioned serious dangers to the public, Defendant, WALMART, ignored the risks and engaged in conduct herein described.

9. On or about November 27, 2019, Defendant, WALMART, through one or more of its employees or agents, pushed restocking equipment into Plaintiff at its Wood River, Madison County, Illinois location.

10. Plaintiff, while lawfully on the premises, became injured by the equipment.

11. Defendant's restocking equipment then and there became a hazard which caused injury to Plaintiff.

## COUNT I- NEGLIGENCE

### (vs. Defendant WALMART)

12. Plaintiff incorporates the FACTS COMMON TO ALL COUNTS of this Complaint as if fully set forth herein.

13. Defendant, WALMART, as owner or occupier of the property was under a duty to exercise reasonable care in the maintenance and operation of the premises, including the entrances, exits, aisles, and other appurtenances on the premises, so those on the premises would not be likely to sustain injuries.

14. At and immediately prior to that time, Plaintiff was a patron of Defendant, and was using the isle on the premises in a reasonable fashion.

15. On November 27, 2019, as a direct and proximate result of Defendant's negligence, as subsequently specified, Plaintiff was caused to, and became injured.

16. Defendant, by its agents and employees, was then guilty of one or more of the following negligent acts and omissions:

    (a) Failed to furnish a reasonably safe isle;

    (b) Permitted the aisle in which Plaintiff was walking to be and remain unsafe; and

    (c) Failed to train its employees and agents on the proper handling of restocking equipment;

  (d) Permitted, required, or encouraged an unknown employee or agent to restocking during periods of time when members of the public would be using the isles.

17. As a direct and proximate result of the negligence of Defendant, by its agents and employees, Plaintiff sustained severe and permanent injuries.

18. Plaintiff has spent and will spend and will become liable for large sums of money for medically necessary treatment.

WHEREFORE, Plaintiff demands judgment against Defendant, WALMART, in an amount in excess of fifty thousand dollars ($50,000.00) and the cost of this action.

### COUNT II- WILFUL AND RECKLESS DISREGARD
### (vs. Defendant WALMART)

19. Plaintiff incorporates the FACTS COMMON TO ALL COUNTS of this Complaint as if fully set forth herein.

20. Prior to November 27, 2019, Defendant WALMART through its employees and agents made a conscious decision to subject the public to a risk of harm from its restocking practices.

21. Defendant's choice prioritized profits over the safety of its patrons.

22. In doing so, Defendant set in motion a series of events which would lead to Plaintiff's injuries.

23. Based upon information and belief, Defendant WALMART was aware of the dangers caused by its restocking equipment to the general public and disregarded said knowledge and duty to detriment of the public.

24. That the actions and decisions of Defendant, WALMART, to place its profits over the safety of its customers amounts to willful and wanton conduct, raising from negligence to reckless disregard for the safety of others.

WHEREFORE, Plaintiff demands judgment against Defendant, WALMART, in an amount in excess of fifty thousand dollars ($50,000.00), a hearing pursuant to the Illinois Civil Code of Procedure, prior to trial, for leave to add a punitive damages claim related to this Count II, and the cost of this action.

By: /s/ *Edward W. Unsell*
Edward W. Unsell, #3124228
**THE UNSELL LAW FIRM, P.C.**
69 S. 9th Street
East Alton, Illinois 62024
office@unselllaw.com
(618) 259-3728 PHONE
(618) 259-3783 FAX

*Attorney for Plaintiff*